AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

The Annuity, Welfare and Apprenticeship Skill Improvement & Safety Funds of the International Union of Operating Engineers Local 15, 15A, 15C & 15D, AFL-CIO et al.

V.

Car-Win Construction, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

'07 CIV 10342

JUDGE CROTTY

TO: (Name and address of defendant)

Car-Win Construction, Inc.
1361A Monmouth Road
Eastampton, New Jersey 08060

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRADY McGUIRE & STEINBERG, P.C.
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

(BY) DEPUTY CLERK

DATE: NOV 15 2007

## AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE

Index #  07 CIV 10342  
State of New York    U. S. District Court  
Attorney:  Brady McGuire & Steinberg, P.C. , Ph: 914-478-4293  
Address:  603 Warburton Avenue , Hastings-on-Hud , NY  10706  

Purchased/Filed: November 15, 2007  
Southern New York County  

The Annuity, Welfare and Aprrenticeship Skill Improvement & Safety Funds, etc., et al    Plaintiff

against

Car-Win Construction, Inc.    Defendant

STATE OF NEW YORK    )  
COUNTY OF FULTON    )  SS  
                    )

Gerald Skinner , being duly sworn, deposes and says: deponent is over the age of twenty-one (21) years; that on December 18, 2007 , at 8:35AM , at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed Summons in a Civil Case and Complaint
_____ , on

Car-Win Construction, Inc.

Defendant in this action, by delivering to and leaving with Donna Christie AUTHORIZED AGENT in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, one (1) true copy thereof and that at the time of making such service, deponent paid said Secretary of State a fee of  40.00  dollars; that said service was made pursuant to Section 307 Business Corporation Law ; via Registered Mail sent on  December 18, 2007 , receipt attached.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.  
Description of the person served:  Approx. Age:  35    Approx. weight:  160    Approx. Ht.:  5'6"  
Sex:  Female    Color of skin:  White    Color of hair:  Blonde    Other:

Sworn to before me on this  18th  day of  December, 2007

*Tammy Skinner*  
TAMMY SKINNER  
NOTARY PUBLIC, State of New York  
01SK6024054  
May, 03 2011

*Gerald Skinner*  
Gerald Skinner

Invoice•Work Order # 062571

*U.S. PROCESS SERVICE INC. - 7 CENTRAL PARK AVENUE, YONKERS, NEW YORK 10705*