UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,      **NOTICE OF MOTION**
LOCAL 15, 15A, 15C and 15D, AFL-CIO by its TRUSTEES   **FOR DEFAULT JUDGMENT**
JAMES T. CALLAHAN, FRANCIS P. DIMENNA,
ROBERT SHAW and RUSSELL SHAW, and JOHN and        07-CIV-10342 (PAC)
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE,
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

                                      Plaintiffs,

     -against-

CAR-WIN CONSTRUCTION, INC.,

                                      Defendant.
---------------------------------------------------------------X

    **PLEASE TAKE NOTICE**, that upon the Affidavit of JAMES M. STEINBERG, ESQ., sworn to on the 7th day of January, 2008, Plaintiffs' Statement of Damages, and upon all of the prior papers and proceedings heretofore served and had herein, Plaintiffs, by their attorneys BRADY McGUIRE & STEINBERG, P.C., will move this court, at the United States Courthouse located at 500 Pearl Street, New York, New York, before the Honorable Paul A. Crotty, on a date and time to be set by the court, for a judgment of default against Defendant CAR-WIN CONSTRUCTION,

INC. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure in the amount of $41,417.54, together with such other and further relief as this Court may deem just, proper and equitable.

Dated: Hastings-on-Hudson, New York
      January 7, 2008

Respectfully submitted,

By: *(signature)*
James M. Steinberg (JS-3515)
Attorneys for Plaintiffs
603 Warburton Avenue
Hastings-on-Hudson, New York 10706
(914) 478-4293

TO:   CAR-WIN CONSTRUCTION, INC.
      1361A Monmouth Road
      Eastampton, New Jersey 08060

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO by its TRUSTEES     **DEFAULT JUDGMENT**
JAMES T. CALLAHAN, FRANCIS P. DIMENNA,
ROBERT SHAW and RUSSELL SHAW, and JOHN and              07-CIV-10342 (PAC)
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE,
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

                              Plaintiffs,

        -against-

CAR-WIN CONSTRUCTION, INC.,

                              Defendant.
----------------------------------------------------------------------X

This action having been commenced on November 15, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the Defendant CAR-WIN CONSTRUCTION, INC. on December 18, 2007, by a Process Server, personal service upon Donna Christie, an authorized agent in the office of the New York State Secretary of State, and proof of service having been filed on December 26, 2007 through the ECF System, and the Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is,

**ORDERED, ADJUDGED AND DECREED:** That the Plaintiffs have judgment against Defendant CAR-WIN CONSTRUCTION, INC. in the principal amount of $27,776.88, with interest at 8.25% as prescribed by the Plan from July 1, 2005 through January 7, 2008 in the amount of $5,774.56 and statutory damages in the amount of $5,774.56, together with the costs and

disbursements of this action in the amount of $452.79 and attorneys' fees in the amount of $1,638.75, for a total liquidated amount of $41,417.54, and it is further

**ORDERED** that the Judgment rendered by the Court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant CAR-WIN CONSTRUCTION, INC., and the Clerk of the Court is directed to enter such Judgment forthwith.

Dated: New York, New York
      January ___, 2008

                              SO ORDERED:

                              _____
                              Paul A. Crotty, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO by its TRUSTEES    **CLERK'S CERTIFICATE**
JAMES T. CALLAHAN, FRANCIS P. DIMENNA,
ROBERT SHAW and RUSSELL SHAW, and JOHN and            07-CIV-10342 (PAC)
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE,
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

                              Plaintiffs,

    -against-

CAR-WIN CONSTRUCTION, INC.,

                              Defendant.
---------------------------------------------------------------------X

    I, J. MICHAEL McMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on November 15, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint was personally served on Defendant CAR-WIN CONSTRUCTION, INC. on December 18, 2007, by, a process server, personal service upon Donna Christie an authorized agent in the office of the New York State Secretary of State, and proof of service was filed on December 26, 2007 through the ECF System.

    I further certify that the docket entries indicate that the Defendant has not filed an answer nor otherwise moved with respect to the Complaint herein. The default of the Defendant is hereby noted.

Dated: New York, New York
         January 15, 2008

                                                J. MICHAEL McMAHON
                                                Clerk of the Court

                                          By: _____
                                                Deputy Clerk