UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO by its TRUSTEES
JAMES T. CALLAHAN, FRANCIS P. DIMENNA,
ROBERT SHAW and RUSSELL SHAW, and JOHN and
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE,
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

**REQUEST TO CLERK**
**FOR ENTRY OF DEFAULT**

07-CIV-10342 (PAC)

Plaintiffs,

-against-

CAR-WIN CONSTRUCTION, INC.,

Defendant.
-------------------------------------------------------------------X

TO:   J. MICHAEL McMAHON, Clerk of the United States District
Court for the Southern District of New York

Please enter the default of Defendant CAR-WIN CONSTRUCTION, INC. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for its failure to plead or otherwise defend the above-entitled action as fully appears from the court file herein and from the attached Affidavit of James M. Steinberg, sworn to on January 7, 2008.

Dated: Hastings-on-Hudson, New York
January 7, 2008

BRADY McGUIRE & STEINBERG, P.C.

By: _____
James M. Steinberg (JS-3515)
Attorneys for Plaintiffs
603 Warburton Avenue
Hastings-on-Hudson, New York 10706
(914) 478-4293

TO:   CAR-WIN CONSTRUCTION, INC.
1361A Monmouth Road
Eastampton, New Jersey 08060