UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,         **STATEMENT**
LOCAL 15, 15A, 15C and 15D, AFL-CIO by its TRUSTEES **OF DAMAGES**
JAMES T. CALLAHAN, FRANCIS P. DIMENNA,
ROBERT SHAW and RUSSELL SHAW, and JOHN and          07-CIV-10342 (PAC)
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE,
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

                                Plaintiffs,

        -against-

CAR-WIN CONSTRUCTION, INC.,

                                Defendant.
------------------------------------------------------------------X

| | |
|---|---|
| Principal Amount Sued For: | $27,776.88 |
| Interest at 8.25% (prime rate of 7.25% *plus* 1.0%, as prescribed by the Plan) from July 1, 2005 through January 7, 2008: | $5,774.56 |
| Statutory Damages: | $5,774.56 |
| Attorneys' Fees: | $1,638.75 |
| *Costs and Disbursements:* | |
| Clerk's Fee: | $350.00 |
| Process Server Fee for Service: | $102.79 |
| TOTAL: | $41,417.54 |