UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO by its TRUSTEES
JAMES T. CALLAHAN, FRANCIS P. DIMENNA,
ROBERT SHAW and RUSSELL SHAW, and JOHN and       07-CIV-10342 (PAC)
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE,
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

                          Plaintiffs,

    -against-

CAR-WIN CONSTRUCTION, INC.,

                          Defendant.
-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I, James M. Steinberg, hereby certify under penalty of perjury that on January 17, 2008, I served *via* regular U.S. Mail, the individuals whose addresses appears below, with a copy of the enclosed Plaintiffs' Motion for a Default Judgment:

CAR-WIN CONSTRUCTION, INC.
1361A Monmouth Road
Eastampton, New Jersey 08060

                                          James M. Steinberg, Esq. (JS-3515)