UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO by its TRUSTEES
JAMES T. CALLAHAN, FRANCIS P. DIMENNA,
ROBERT SHAW and RUSSELL SHAW, and JOHN and
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE,
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

**DEFAULT JUDGMENT**

07-CIV-10342 (PAC)

                Plaintiffs,

    -against-

CAR-WIN CONSTRUCTION, INC.,

                Defendant.
-------------------------------------------------------------------X

      This action having been commenced on November 15, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the Defendant CAR-WIN CONSTRUCTION, INC. on December 18, 2007, by a Process Server, personal service upon Donna Christie, an authorized agent in the office of the New York State Secretary of State, and proof of service having been filed on December 26, 2007 through the ECF System, and the Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is,

      **ORDERED, ADJUDGED AND DECREED:** That the Plaintiffs have judgment against Defendant CAR-WIN CONSTRUCTION, INC. in the principal amount of $27,776.88, with interest at 8.25% as prescribed by the Plan from July 1, 2005 through January 7, 2008 in the amount of $5,774.56 and statutory damages in the amount of $5,774.56, together with the costs and

disbursements of this action in the amount of $452.79 and attorneys' fees in the amount of $1,638.75, for a total liquidated amount of $41,417.54, and it is further

**ORDERED** that the Judgment rendered by the Court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant CAR-WIN CONSTRUCTION, INC., and the Clerk of the Court is directed to enter such Judgment forthwith.

Dated: New York, New York
February 11, 2008

SO ORDERED:

_____
Paul A. Crotty, U.S.D.J.